AO 442 (Rev 01/09) Arrest Warrant

FID 10528704

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**RECEIVED**
By USMS District of Columbia District Court at 4:33 pm, Jul 18, 2024

United States of America
v.
NAHVARJ MILLS

*Defendant*

Case: 1:24-cr-00332
Assigned To : Jia M. Cobb
Assign. Date : 7/18/2024
Description: Indictment (B)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   NAHVARJ MILLS

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2261(a)(1), (b)(3)(Interstate Domestic Violence);
18 U.S.C. § 922(g)(1)(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year);
18 U.S.C. § 924(c)(1)(A)(ii), (iii)(Using, Carrying, Possessing, Brandishing, and Discharging a Firearm During and in Relation to a Crime of Violence); 22 D.C. Code §§ 401, 4502 (Assault with Intent to Kill While Armed);
FOREFEITURE:18 U.S.C. § 924(d), 21 U.S.C. § 853(a) and (p), and 28 U.S.C. § 2461(c)

Date: 07/18/2024

*Zia M. Faruqui*
*Issuing officer's signature*
Zia M. Faruqui
, U.S. Magistrate Judge
*Printed name and title*

City and state:   Washington, DC

---

### Return

This warrant was received on *(date)* 7/18/24, and the person was arrested on *(date)* 7/22/24
at *(city and state)* Washington DC.

Date: 7/22/24

*Arresting officer's signature*
Ross Kantola   DUSM
*Printed name and title*