Rev: 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.   Criminal No.   24-332

NAHVARJ MILLS (1)

Category   B

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on 9/30/2024 from Judge Jia M. Cobb to Judge Ana C. Reyes by direction of the Calendar Committee.

(Case Transferred by Consent)

JUDGE RUDOLPH CONTRERAS
Chair, Calendar and Case
Management Committee

cc:  Judge Jia M. Cobb   & Courtroom Deputy
     Judge Ana C. Reyes  & Courtroom Deputy

U.S. Attorney's Office – Judiciary Square Building, Room 5133

Statistical Clerk